**FILED**
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.
JUL 1 6 2013
BY_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

_____ Middle _____ DISTRICT OF _____ Tennessee _____

UNITED STATES OF AMERICA
V.
TERRACE DEWAYNE SHAW, a/k/a BOOSIE,
and ADERIUS LAVELL BINGHAM, a/k/a D-LOC

CRIMINAL COMPLAINT

Case Number: 13-mj-1056

(Name and Address of Defendant)

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __June 22, 2013__ in __Wilson__ County, in the __Middle__ District of __Tennessee__ defendant(s) did,

(Track Statutory Language of Offense)
CONSPRIACY TO COMMIT HOBBS ACT ROBBERY AS FURTHER DESCRIBED IN ATTACHMENT A

in violation of Title __18__ United States Code, Section(s) __1951 and 2__.

I further state that I am a(n) __Special Agent, FBI__ and that this complaint is based on the following facts:
            Official Title

See attached Statement in Support of Criminal Complaint incorporated herein.

Continued on the attached sheet and made a part of this complaint: ☒ Yes ☐ No

_____
Signature of Complainant

Brett Shields, Special Agent, FBI
Printed Name of Complainant

Sworn to before me and signed in my presence,

7/16/2013                                    at    Nashville, Tennessee
Date                                                City                    State

JULIET E. GRIFFIN           U.S. MAGISTRATE       _____
Name of Judge               Title of Judge         Signature of Judge

# ATTACHMENT A
## UNITED STATES OF AMERICA V. TERRACE DEWAYNE SHAW, a/k/a BOOSIE, and ADERIUS LAVELL BINGHAM, a/k/a D-LOC

CONSPIRACY TO COMMIT HOBBS ACT ROBBERY

      On or about June 22, 2013, in the Middle District of Tennessee, TERRACE DEWAYNE SHAW, a/k/a BOOSIE, and ADERIUS LAVELL BINGHAM, a/k/a D-LOC, aided and abetted by each other, did knowingly and intentionally combine, conspire, confederate and agree with each other and with other persons to unlawfully obstruct, delay, and affect commerce as that term is defined in Title 18, United States Code, Section 1951(b), and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951(b), and to commit and threaten physical violence to another person in furtherance of a plan and purpose to commit such a robbery.
      In violation of Title 18, United States Code, Sections 1951 and 2.

# STATEMENT IN SUPPORT OF COMPLAINT

I, Brett W. Shields, being duly sworn, do hereby state the following:

1. I have been in law enforcement for approximately twenty-seven (27) years. I am currently a Special Agent with the Federal Bureau of Investigation (FBI) assigned to the Violent Crime/Gang Task Force (VCGTF) in Nashville, Tennessee/Cookeville RA. I have served as a Special Agent for the FBI for approximately twenty three (23) years. One of my duties is to investigate Hobbs Act robberies and related matters in violation of Title 18, United States Code, Section 1951, ("§ 1951") occurring in the Middle District of Tennessee.

2. This affidavit is submitted in support of a Criminal Complaint for the arrest of Terrace Dewayne Shaw, aka "Boosie, and Aderius Lavell Bingham, aka "D-Loc," for the following offense: Conspiracy to Commit Hobbs Act Robbery, in violation of Title 18, United States Code, Sections 1951 and 2. Specifically, on or about June 22, 2013, in the Middle District of Tennessee, Shaw and Bingham did knowingly and intentionally combine, conspire, confederate and agree with each other and with other persons, to unlawfully obstruct, delay, and affect commerce as that term is defined in Title 18, United States Code, Section 1951(b), and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951(b), and to commit and threaten physical violence to another person in furtherance of a plan and purpose to commit such a robbery, in violation of Title18, United States Code, Sections 1951 and 2. As further set forth herein, on the referenced date, the victim, WS, was pistol whipped and robbed at gunpoint of United States currency, a quantity of marijuana and prescription drugs, to-wit: oxycodone, by Shaw and Bingham.

3. The facts contained in this affidavit are based on first-hand knowledge or information learned during this investigation from other law enforcement sources, or witnesses related to the Hobbs Act Robbery investigation. This affidavit does not provide each and every detail known by your affiant regarding this investigation, but rather provides information necessary to establish probable cause for the offense. Except where indicated, all statements referred to below are set forth in substance and in part, rather than verbatim.

4. On June 22, 2013, at approximately 5:15 p.m., Terrace Dewayne Shaw, aka "Boosie, and Aderius Lavell Bingham, aka "D-Loc," robbed victim, WS, at gunpoint at the Plaza Hotel in Lebanon, Tennessee, of a quantity of marijuana and oxycodone tablets, both controlled substances, and United States currency. In the course of the robbery, Shaw and Bingham pistol whipped the victim.

5. According to phone records and information provided by a subject identified as JRB, on June 22, 2013, at approximately 2:18 p.m., JRB, who is the girlfriend of Terrace Shaw, telephonically contacted Shaw and advised him that she had someone for them



to rob. JRB advised Shaw that the victim, WS, currently had an unknown amount of money and marijuana on him. JRB advised Shaw that WS was at his hotel room at the Plaza Hotel in Lebanon, Tennessee.

6. On that same date, prior to their arrival at the Plaza hotel, several text messages were sent between JRB's phone and a number determined to be associated with Terrace Shaw. JRB inquired if they had guns, and Shaw replied in the affirmative. Shaw asked JRB how big the victim was and where the money and drugs were so everything could go smoothly.

7. At approximately 5:15 p.m., Shaw and Bingham arrived at the Plaza Hotel and advised JRB that they were in the parking lot. JRB then exited the hotel room and went to speak with Shaw and Bingham prior to them going inside the room. Shaw, Bingham and JRB decided that they would act as if they were interested in buying some marijuana and then simply rob WS of drugs and money. JRB also requested that she be made to look like a victim as well.

8. Minutes later, in the presence of JRB, WS was pistol whipped and robbed at gunpoint by subjects Shaw and Bingham. WS had to receive medical treatment for injuries sustained in the assault and robbery. In an interview with investigators, WS reported that the robbers took approximately $350 cash, marijuana, and oxycodone tablets. It is unknown how much of the money WS reported stolen was drug proceeds. In a photographic line-up shown to WS following the robbery, WS positively identified Terrace Shaw as one of the robbers. WS did not make an identification of Bingham. However, JRB positively identified known photographs of both Shaw and Bingham as participants in this robbery.

9. Later that evening, at approximately 8:00 p.m., TW delivered $500.00 to JRB at Shaw's request as payment for setting up this robbery.

10. JRB advised investigators that she had brought several customers to WS the day of the robbery for the purpose of conducting drug transactions with WS. JRB advised that she spent the $500 she received for setting up the robbery on her rent. Additionally, JRB advised that a subject identified as TW had driven Shaw and Bingham to the robbery, but she did not believe he had any prior knowledge about the robbery.

11. On June 23, 2013, a recorded jail phone call was obtained that involved a conversation between an inmate at the Wilson County Jail and Terrace Shaw. During this recorded call, Shaw bragged to the inmate about committing the robbery of WS. Shaw stated that JRB helped to set up this robbery. Shaw boasted that he took $3,500 from WS during this robbery and gave $1,500 to Bingham, $500 to JRB, and kept $1,500 for himself.

12. On or about July 3, 2013, Shaw and Bingham were arrested in Nashville in connection with the referenced robbery. Thereafter, on July 5, 2013, your affiant

interviewed Terrace Shaw at the Wilson County Jail. After waiving his *Miranda* rights, Shaw gave a detailed statement regarding this robbery. In this video recorded interview, Shaw admitted to pistol whipping WS and identified Aderius Bingham as his partner in this robbery. Shaw claimed that they only obtained $1,500 in this robbery and that it was split three ways between JRB, Bingham and himself. When asked why TW did not get any money as a result of this robbery, Shaw stated that TW didn't do anything and, as a result, didn't deserve to get any money.

13. The robbery of controlled substances affects interstate commerce within the meaning of Section 1951(b).

14. The aforementioned robbery of WS occurred in Wilson County, located in the Middle District of Tennessee.

15. Based upon the information set forth herein, your affiant submits that probable cause exists that Terrace Shaw and Aderius Bingham have committed the offense of Conspiracy to Commit a Hobbs Act robbery, in violation of Title 18, United States Code, Sections 1951 and 2.

Further affiant sayeth not.

_____
BRETT W. SHIELDS
Special Agent, Federal Bureau of Investigation


SUBSCRIBED and SWORN to before me this 16th day of July 2013.

_____
JULIET GRIFFIN
United States Magistrate Judge